IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAWRENCE WRIGHT,  :  No. 3:23cv1941
    Plaintiff  :
        :  (Judge Munley)
v.  :
    :
JOHNSON & WALES UNIVERSITY,  :
    Defendant  :

## ORDER OF DISMISSAL

The parties in the above-captioned case have filed a stipulation of dismissal. (Doc. 15) Accordingly, it is hereby ordered that this case is dismissed without costs. The parties have thirty (30) days in which to consummate the settlement.

Date: 2/20/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court